**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

KEVIN COVENY,                                      :
                                                   :
                    *Plaintiff*,                   :
                                                   :
          v.                                       :
                                                   :   **Case No.  2:25-cv-01214-RPK-JWW**
CABLEVISION LIGHTPATH LLC,                          :
                                                   :
                    *Defendant*.                   :
-------------------------------------------------------------x

## CERTIFICATE PUIRSUANT TO LOCAL RULE 7.1

I, Andrew M. DeLucia, certify that Defendant Cablevision Lightpath LLC's

Memorandum of Law in Support of its *Motion to Dismiss the Amended Complaint* complies with

the limits of Local Rule 7.1 (Form and Length of Briefs, Motions, and Other Papers) and

Individual Rule IV.C.

Pursuant to LR 7.1(c), I further certify that, in preparation of the above-referenced

document, I used a word processing program that has been applied to specifically include all

text, including headings, footnotes, and quotations in the following word count.  I further certify

that the above-referenced Memorandum contains 5,228 words.

Date:   July 7, 2025

                                Respectfully submitted,

                                */s/ Andrew M. DeLucia*
                                Andrew M. DeLucia
                                RUBIN, FORTUNATO & HARBISON P.C.
                                1200 Liberty Ridge Drive, Suite 220
                                Wayne, PA 19087
                                Tel: (610) 408-2025
                                mfortunato@rubinfortunato.com
                                adelucia@rubinfortunato.com

/s/ Kevin G. Donoghue
Kevin G. Donoghue, Esquire
Garfunkel Wild
111 Great Neck Road, Suite 600
Great Neck, NY 11021
Tel: (516) 393-2535
kdonoghue@garfunkelwild.com

**ATTORNEYS FOR DEFENDANT
CABLEVISION LIGHTPATH LLC**